LOUIS BLAKE, Respondent, v. LOUISE SUNKEL, Appellant.

St. Louis Court of Appeals, April 19, 1910.

MECHANICS' LIENS: Kirkwood Mfg. & Sup. Co. v. Sunkel, *Ante*, followed.

Appeal from St. Louis County Circuit Court.—*Hon. J. W. McElhinney*, Judge.

REVERSED AND REMANDED (*with directions*).

*Thos. H. Sprinkle* for appellant.

*J. G. Hawken* for respondent.

GOODE, J.—This case involves the same question of law and the same mistake of description which appear in the case of Kirkwood Manufacturing & Supply Co. v. Louise Sunkel, 148 Mo. App. 136, 128 S. W. 258; wherefore the judgment will be reversed and the cause remanded with a direction to the court below to enter judgment declaring and enforcing the lien of plaintiff against that part of the premises described in the petition which belongs to defendant Louise Sunkel. All concur.